IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,  )| No. CR 16-2186-TUC-JAS (LCK) |
| Plaintiff,  ) | **ORDER** |
| vs.  ) | |
| Abelardo Aguilar,  ) | |
| Defendant.  ) | |

Pending before the Court is a Report and Recommendation issued by Magistrate Judge Kimmins. In the Report and Recommendation, Magistrate Judge Kimmins recommends denying Defendant's motion to preclude certain expert testimony (Doc. 52). As the Court finds that the Report and Recommendation appropriately resolved the motion, the objections are denied.[1]

Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Kimmins' Report and Recommendation (Doc. 73) is accepted and adopted.

(2) Defendant's motion to preclude certain expert testimony (Doc. 52) is denied.

DATED this 22nd day of May, 2018.

*[signature]*
James A. Soto
United States District Judge

---

[1] The Court reviews de novo the objected-to portions of the Report and Recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The Court reviews for clear error the unobjected-to portions of the Report and Recommendation. *See Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *see also Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).